UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

GREGORY D. HICKMON,

    Plaintiff,

v.

**JUDGMENT**

No. 4:15-CV-69-FL

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 11, 2015, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) for further proceedings.

**This Judgment Filed and Entered on June 11, 2015, and Copies To:**

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

June 11, 2015        JULIE RICHARDS JOHNSTON, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk